GREGORY DILL, PLAINTIFF-PETITIONER, v.
BUDD CONSTRUCTION CORP., DEFENDANT-RESPONDENT.

*Messrs. Liebowitz, Krafte & Liebowitz* for the petitioner.

*Messrs. Vaccaro & Osborne* for the respondent.

May 16, 1967. Denied.

JANET L. HIGGINS, PLAINTIFF-PETITIONER, v. AMERI-
CAN SOCIETY OF CLINICAL PATHOLOGISTS, DEFEND-
ANT-RESPONDENT.

See same case below: 94 *N. J. Super.* 243.

*Mr. Coleman T. Brennan* for the petitioner.

*Messrs. Shanley & Fisher* and *Messrs. Sellers, Conner & Cuneo* for the respondent.

May 16, 1967. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
CARL TROTTA, DEFENDANT-PETITIONER.

*Mr. Frank Metro* and *Mr. Frank B. Bozza* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. James R. Zazzali* for the respondent.

May 16, 1967. Denied.